UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                               Plaintiff,

                        -against-

A1559749699-1, ET AL.,

                                           Defendants.

20-cv-4679 (MKV)

-----------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                               Plaintiff,

                        -against-

1TREE OUTDOOR STORE, ETAL.,

                                           Defendants.

20-cv-4680 (MKV)

-----------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                               Plaintiff,

                        -against-

ANTIKER, ET AL.,

                                           Defendants.

20-cv-4681 (MKV)

-----------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                        Plaintiff,

                                                                    20-cv-4682 (MKV)

                    -against-

ABCHOUSE, ET AL.,

                                        Defendants.

------------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                        Plaintiff,

                                                                    20-cv-4683 (MKV)

                    -against-

                                                                    **ORDER TO
                                                                    UNSEAL**

BERNARD.HK, ET AL.,

                                        Defendants.

------------------------------------------------------------------

        The Court orders that the above-referenced actions be unsealed and Records

Management upload all documents filed to date on the Electronic Case Filing system.


**SO ORDERED.**

SIGNED this __21__ day of __July____, 2020, at __4:00___ _p.m.
New York, New York

                                        _____
                                        HON. MARY KAY VYSKOCIL
                                        UNITED STATES DISTRICT JUDGE