USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/27/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.,<br><br>                            Plaintiff,<br><br>                -against-<br><br>A1559749699-1, et al.<br><br>                            Defendants. | 1:20-cv-04679-MKV<br><br>ORDER |
| IDEAVILLAGE PRODUCTS CORP.,<br><br>                            Plaintiff,<br><br>                -against-<br><br>1TREE OUTDOOR STORE, et al.<br><br>                            Defendants. | 1:20-cv-04680-MKV |
| IDEAVILLAGE PRODUCTS CORP.,<br><br>                            Plaintiff,<br><br>                -against-<br><br>ANTIKER, et al.<br><br>                            Defendants. | 1:20-cv-04681-MKV |
| IDEAVILLAGE PRODUCTS CORP.,<br><br>                            Plaintiff,<br><br>                -against-<br><br>ABCHOUSE, et al.<br><br>                            Defendants. | 1:20-cv-04682-MKV |
| IDEAVILLAGE PRODUCTS CORP.,<br><br>                            Plaintiff,<br><br>                -against-<br><br>BERNARD.HK, et al.<br><br>                            Defendants. | 1:20-cv-04683-MKV |

1

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that five bonds Plaintiff posted in each of the above-captioned cases, each in the amount of $5,000, shall be returned to Plaintiff.

The Clerk of Court is respectfully requested to close docket entries [20-cv-4679, ECF No. 56], [20-cv-4680, ECF No. 57], [20-cv-4681, ECF No. 73], [20-cv-4682, ECF No. 61], [20-cv-4683, ECF No. 51].

**SO ORDERED.**

**Dated: January 27, 2022**
      **New York, New York**

          */s/ Mary Kay Vyskocil*
      **HON. MARY KAY VYSKOCIL**
      **United States District Judge**